1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11   OBIE STEVEN ANTHONY, III,

12              Plaintiff,

13   v.

14   CITY OF LOS ANGELES;
     MARCELLA WINN;  PETE
15   RAZANSKAS; and DOES 1-10,
     Inclusive,

16              Defendants.

17

18

19   REGGIE D. COLE,

20              Plaintiff,

21   v.

22   CITY OF LOS ANGELES;
     MARCELLA WINN;  PETE
23   RAZANSKAS; and DOES 1-45,
     Inclusive,

24              Defendants.

25
26
27
28

Case No.  ED CV 12-1332-CBM
(AJWx); Case No. CV-11-3241-CBM
(AJWx)

**ORDER GRANTING JOINT
STIPULATION FOR
PROTECTIVE ORDER
REGARDING DISCLOSURE OF
CONFIDENTIAL INFORMATION**

(LAPD FILES FOR JOHN JONES)

Judge:     Hon. Consuelo B. Marshall

EDCV12-1332-CBM AJW;
CV11-3241-CBM AJW
[PROPOSED ORDER]

1    GOOD CAUSE HAVING BEEN SHOWN, based on the stipulation of the

2    parties, the Court hereby grants the stipulation for a protective order pertaining to

3    the Los Angeles Police Department files for John Jones, pursuant to the terms of

4    the stipulation.

5

6    Dated: _____1/16/2014_____

7    _____
     Honorable Andrew J. Wistrich
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EDCV12-1332-CBM AJW;
CV11-3241-CBM AJW
[PROPOSED ORDER]

1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   Kristina Doan Gruenberg (SBN 268188)
    E-mail:  kgruenberg@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
4   Los Angeles, CA  90071-2953
    Tel:  213.236.0600      Fax:  213.236.2700
5
    Attorneys for Defendants
6   CITY OF LOS ANGELES, P. RAZANSKAS AND M. WINN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EDCV12-1332-CBM AJW;
CV11-3241-CBM AJW
[PROPOSED ORDER]