UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE STEVEN ANTHONY, III,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-10, Inclusive,<br><br>        Defendants.<br><br>REGGIE D. COLE,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>        Defendants. | Case No.  ED CV 12-1332-CBM (AJWx); Case No. CV-11-3241-CBM (AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION**<br><br>(MURDER BOOK IN GONZALEZ CASE)<br><br>Judge:    Hon. Consuelo B. Marshall |

1   GOOD CAUSE HAVING BEEN SHOWN, based on the stipulation of the
2   parties, the Court hereby grants the stipulation for a protective order pertaining to
3   the Murder Book in the *Gonzalez* case, pursuant to the terms of the stipulation.

4
5   Dated: January 16, 2014          _____
6                                    Honorable Andrew J. Wistrichl
                                     United States Magistrate Judge

| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| | E-mail: scoleman@bwslaw.com |
| 2 | Kristina Doan Gruenberg (SBN 268188) |
| | E-mail: kgruenberg@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600    Fax: 213.236.2700 |
| 5 | |
| 6 | Attorneys for Defendants |
| | CITY OF LOS ANGELES, P. RAZANSKAS AND M. WINN |
| 7 | |
| 8 | |
| ... | |
| 28 | |

- 3 -

EDCV12-1332-CBM AJW;
CV11-3241-CBM AJW
[PROPOSED ORDER]