1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OBIE STEVEN ANTHONY, III, | Case No. ED CV 12-1332-CBM (AJWx); Case No. CV-11-3241-CBM (AJWx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION** |
| CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-10, Inclusive, | |
| Defendants. | (INTERNAL AFFAIRS INVESTIGATION REPORTS FOR GONZALEZ MATTER) |
| | Judge:   Hon. Consuelo B. Marshall |
| REGGIE D. COLE, | |
| Plaintiff, | |
| v. | |
| CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive, | |
| Defendants. | |

1    GOOD CAUSE HAVING BEEN SHOWN, based on the stipulation of the
2  parties, the Court hereby grants the stipulation for a protective order pertaining to
3  the Internal Affairs Investigation Reports for the *Gonzalez* case, pursuant to the
4  terms of the stipulation.

5
6  Dated: ____January 16, 2014____          *[signature]*
7                                           Honorable Andrew J. Wistrich
                                             United States Magistrate Judge