UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE STEVEN ANTHONY, III,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>REGGIE D. COLE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>    Defendants. | Case No. ED CV 12-1332-CBM (AJWx); Case No. CV-11-3241-CBM (AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION**<br><br>(LAPD MANUALS)<br><br>Judge:    Hon. Consuelo B. Marshall |

1       GOOD CAUSE HAVING BEEN SHOWN, based on the stipulation of the
2 parties, the Court hereby grants the stipulation for a protective order pertaining to
3 the Los Angeles Police Department Manuals, pursuant to the terms of the
4 stipulation.

5
6 Dated:  January 16, 2014                 _____
7                                                  Honorable Andrew J. Wistrich
                                                 United States Magistrate Judge

EDCV12-1332-CBM AJW;
CV11-3241-CBM AJW
[PROPOSED ORDER]