# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-01332 CBM (AJWx) | Date | January 28, 2015 |
|---|---|---|---|
| Title | Obie S. Anthony, III v. City of Los Angeles, et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Gay Roberson | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Marilyn Bednarski | Susan E. Coleman |
| David S. McLane | Michael D. Allen |
| Caitlin S. Weisberg | |
| Barrett S. Litt | |

**Proceedings:**        Settlement Conference

Continued settlement conference held. Mediator's proposal is made for settlement of all claims in the above-captioned action. Court is advised that the proposal is accepted by Plaintiff Obie Anthony and Defendant City of Los Angeles, subject to City Council approval.

cc: Counsel of Record

|  | 3 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | gr | |