1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE D. COLE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>    Defendants. | Case No. CV-11-3241-CBM (AJWx) (Master File)<br><br>Consolidated Case Nos. EDCV 12-01332-CBM (AJWx); and CV13-07224-CBM (AJWx)<br><br>[PROPOSED] ORDER DISMISSING *ANTHONY V. CITY OF LOS ANGELES ET AL.*, CV 12-01332-CBM(AJWx) WITH PREJUDICE PURSUANT TO STIPULATION AND SETTLEMENT AGREEMENT |
| OBIE S. ANTHONY, III,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | |
| OBIE S. ANTHONY, III,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | |

LA #4842-4667-8050 v2     - 1 -     CV-12-01332-CBM-AJW
[PROPOSED] ORDER

Upon consideration of stipulation of Plaintiff OBIE S. ANTHONY III and Defendant CITY OF LOS ANGELES (the "PARTIES"), the PARTIES having entered into a settlement and release agreement ("AGREEMENT") which fully and finally resolves *Anthony v. City of Los Angeles et al.*, No. CV 12-01332-CBM (AJWx) (the "LITIGATION"), IT IS HEREBY ORDERED as follows:

1. The case captioned *Anthony v. City of Los Angeles et al.*, No. CV 12-01332-CBM (AJWx), and all named and fictitious defendants thereto, is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own fees and costs pursuant to the PARTIES' AGREEMENT.

2. Pursuant to the AGREEMENT and according to the terms of the AGREEMENT, the PARTIES have waived all claims against each other relating to and arising out of the LITIGATION.

3. As consideration for the dismissal of the LITIGATION with prejudice, the AGREEMENT provides for monetary payment to PLAINTIFF, which is being made on account of his physical injuries and physical sickness, as described more fully in the AGREEMENT.

4. Pursuant to the AGREEMENT and according to the terms of the AGREEMENT, the settlement of the LITIGATION does not affect the rights of the PARTIES with respect to the consolidated cases, *Cole v. City of Los Angeles et al.* (CV 11-3241-CBM) and *Anthony v. County of Los Angeles et al.* (CV 13-7224-CBM), which remain active.

5. The Court retains jurisdiction over the subject matter of the LITIGATION in the event that any dispute concerning the construction or enforcement of the AGREEMENT arises between the PARTIES.

IT IS SO ORDERED.

Dated: 4/3/ , 2015

Honorable Consuelo B. Marshall
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-4667-8050 v2

- 2 -

CV-12-01332-CBM-AJW
[PROPOSED] ORDER